## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                  Chapter: 13

   Kimberly A. Falcone

                Debtor(s)                 Bankruptcy No: 20−13824−amc

### *O R D E R*

**AND NOW,** this 24th day of September, 2020, the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 10/7/2020.
    Chapter 13 Plan due by 10/7/2020.
    Schedules AB−J due 10/7/2020.
    Statement of Financial Affairs due 10/7/2020.
    Summary of Assets and Liabilities Form B106 due 10/7/2020.
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 10/7/2020.
    Means Test Calculation Form 122C−2 − If Applicable − Due: 10/7/2020.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Ashely M. Chan
Judge , United States Bankruptcy Court

5
Form 130