UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Kimberly A. Falcone    :    20-13824 AMC
                                            :
                                            :
              Debtor  :    Chapter 13

CERTIFICATION OF SERVICE

    I, Albert J. Scarafone, Jr., hereby certify that a true and correct copy of the Chapter 13 Plan was served upon the Chapter 13 Trustee, all priority creditors, all secured creditors, all creditors who filed request for notice under Fed. R. Bankr. P. 2002 and any separately classified creditors whose interests are materially affected by the amendments in the plan by electronic means or by first class mail, postage prepaid from the addresses listed on the Schedules on October 6, 2020.

                                                /s/ Albert J. Scarafone, Esquire
                                                Albert J. Scarafone, Esq.
                                                Hill, Friedland & Scarafone
                                                1717 Swede Road, Suite 200
                                                Blue Bell, PA 19422-3372
                                                (610) 275-4000